◼ MONSEY MANUFACTURING CO., INC., et al., Appellants, v. FLORENCE OCKO et al., Respondents.—

Beldock, P. J., Kleinfeld, Christ, Brennan and Hill, JJ., concur.

◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MORRIS WEISS, Appellant.— This court, on January 3, 1961, having unanimously affirmed an order of the County Court, Nassau County, dated November 20, 1958, denying defendant's *coram nobis* application, the defendant, pursuant to section 520 of the Code of Criminal Procedure, now makes application to the Honorable Samuel Rabin, a Justice of this court, for leave to take a further appeal to the Court of Appeals. Such application for leave to appeal to the Court of Appeals is denied by Justice Rabin.

◼ THE PEOPLE OF THE STATE OF NEW YORK ex rel. PHILIP PRIORE, Appellant, v. EDWARD M. FAY, as Warden of Green Haven Prison, et al., Respondents. — The communication of the relator, dated March 18, 1962, will be treated as a motion by him for leave to appeal to the Court of Appeals from our order of March 5, 1962, affirming an order dismissing a writ of habeas corpus after a hearing. The motion is denied. Ughetta, Acting P. J., Christ, Brennan, Hill and Rabin, JJ., concur.

◼ ELEANOR BARTRAM et al., Respondents, v. MAE SHAFFER et al., Appellants.—

No opinion. Beldock, P. J., Ughetta, Christ, Hill and Hopkins, JJ., concur.